UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PULASKI COUNTY, VIRGINIA,<br>A political subdivision of the<br>Commonwealth of Virginia,<br>County Administration Building<br>143 Third Street, NW, Suite 1<br>Pulaski, Virginia  24301<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES,<br>United States Attorney General, and<br>R. ALEXANDER ACOSTA,<br>Assistant Attorney General,<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue<br>Washington, D.C. 20530<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A STATUTORY THREE-JUDGE COURT

This action is brought for declaratory relief pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S. C. Section 1973b. Pursuant to this act, plaintiff respectfully requests that this Court convene a three-judge court, pursuant to U.S.C. Section 2284 and 42 U.S. C. Section 1973b, to hear the claims raised in plaintiff's complaint, enter a

declaratory judgment that Pulaski County is entitled to a bailout from the special remedial provisions of the Voting Rights Act; and grant such other relief as may be necessary and proper as the needs of justice may require.

*/s/ Gary C. Hancock*
GARY C. HANCOCK
D.C. Bar No. 369265
Gilmer, Sadler, Ingram,
  Sutherland & Hutton
P. O. Box 878
Pulaski, Virginia 24301
Tel: (540) 980-1360, Ext. 15
Fax: (540) 980-5264
e-mail: ghancock@gsish.com

*/s/ Thomas J. McCarthy, Jr.*
THOMAS J. McCARTHY, JR.
Attorney, Pulaski County
P. O. Box 878
Pulaski, Virginia 24301
Tel: (540) 980-1360, Ext. 15
Fax: (540) 980-5264
e-mail: plindamood@gsish.com