IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PULASKI COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES,<br>Attorney General<br>of the United States of America,<br>Washington, D.C.,<br><br>    Defendants. | Case No. CIV:05-1265<br><br>Judge: Reggie B. Walton<br><br>3-Judge Court |

## NOTICE OF APPEARANCE

    COMES NOW, Karen L. Ditzler, a member in good standing of the courts of the state of New York, requesting the Court's permission to appear on behalf of the United States, the Attorney General of the United States, and the United States Department of Justice in the above captioned matter. Ms. Ditzler is a staff attorney in the United States Department of Justice, and has been admitted to practice in the U.S. District Court for the District of Columbia.

    Respectfully submitted,

    /s/ Karen L. Ditzler
KAREN L. DITZLER
Attorney, Voting Section
Department of Justice
Civil Rights Division
Voting Section
950 Pennsylvania Ave. NW
Room 7254 - NWB

Washington, D.C. 20530
(202) 616-4349