UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PULASKI COUNTY, VIRGINIA,<br>A political subdivision of the<br>Commonwealth of Virginia,<br>County Administration Building<br>143 Third Street, NW, Suite 1<br>Pulaski, Virginia 24301<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES,<br>United States Attorney General, and<br>R. ALEXANDER ACOSTA,<br>Assistant Attorney General,<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue<br>Washington, D.C. 20530<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF**
**CONSENT JUDGMENT AND DECREE**

Plaintiff, Pulaski County, Virginia, and the Defendants, Alberto R. Gonzales and R. Alexander Acosta, through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree. The attached Consent Judgment and Decree is very similar to those that have been

entered by three-judge courts in other declaratory judgment actions brought under Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. Section 1973b. See, e.g., *City of Fairfax, Virginia v. Reno*, C.A. No. 97-2212 (D.D.C. October 21, 1997); *Frederick County, Virginia v. Reno*, No. 1:9CV00941 (D.D.C. October 15, 1999); *Shenandoah County, Virginia v. Reno*, No. 1:99CV00992 (D.D.C. October 15, 1999); *Roanoke County, Virginia v. Reno;* No. 1:00CV01949 (D.D.C., January 24, 2001); *City of Winchester, Virginia v. Ashcroft*, No. 1:00CV03073 (D.D.C. May 31, 2001); *City of Harrisonburg, Virginia v. Ashcroft*, No. 1:02CV00289 (D.D.C., April 17, 2002); *Rockingham County, Virginia v. Ashcroft*, No. 1:02CV00391 (D.D.C., May 21, 2002); and *Greene County, Virginia v. Ashcroft*, No. 1:03CV01877 (D.C.C. January 14, 2004).

    WHEREFORE, Plaintiff and Defendants respectfully pray that this joint motion will be granted.

For the Plaintiff, Pulaski County, Virginia:

_____
GARY C. HANCOCK
D.C. Bar No. 369265
Gilmer, Sadler, Ingram,
   Sutherland & Hutton
P.O. Box 878
Pulaski, VA  24301
Tel: (540) 980-1360, Ext. 15
Fax: (540) 980-5264

_____
THOMAS J. McCARTHY, JR.
Pulaski County Attorney
P. O. Box 878
Pulaski, VA  24301
Tel: (540) 980-1360, Ext. 33
Fax: (540) 980-5264


For the Defendants, Alberto R. Gonzales
and R. Alexander Acosta:

_____
REBECCA J. WERTZ
GILDA R. DANIELS
KAREN L. DITZLER
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Tel: (202) 616-4349
Fax: (202) 307-3961

_____
KENNETH R. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed the foregoing Joint Motion for Entry of Consent Judgment and Decree with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendants: Karen L. Ditzler, Esq., Attorney, Voting Section, Civil Rights Division, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

/s/ Gary C. Hancock
District of Columbia Bar #369265
Gilmer, Sadler, Ingram,
   Sutherland & Hutton
Post Office Box 878
Pulaski, Virginia 24301
Tel: (540) 980-1360
Fax: (540) 980-5263