# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PULASKI COUNTY, VIRGINIA, | ) | |
| A political subdivision of the | ) | |
| Commonwealth of Virginia, | ) | |
| County Administration Building | ) | |
| 143 Third Street, NW, Suite 1 | ) | |
| Pulaski, Virginia 24301 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 1:05-cv-1265 |
| | ) | |
| ALBERTO R. GONZALES, | ) | |
| United States Attorney General, and | ) | |
| R. ALEXANDER ACOSTA, | ) | |
| Assistant Attorney General, and/or | ) | |
| his successor(s), | ) | |
| Civil Rights Division | ) | |
| United States Department of Justice | ) | |
| 950 Pennsylvania Avenue | ) | |
| Washington, D.C. 20530 | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPLICATION FOR
## A STATUTORY THREE-JUDGE COURT

This action was brought for declaratory relief pursuant to Section 4 of

the Voting Rights Act of 1965, as amended, 42 U.S. C. Section 1973b.

Pursuant to this act, plaintiff respectfully requested that this Court convene a

three-judge court, pursuant to U.S.C. Section 2284 and 42 U.S. C. Section

1973b, to hear the claims raised in plaintiff's complaint.

It now appears that there are no matters in controversy, and plaintiff and defendantd wish to withdraw their application for a three-judge court.

WHEREFORE, no matters being in controversy and there being no objection to the parties' Joint Motion for Entry of Consent Judgment and Decree, the plaintiff and defendants move to withdraw their application for a three-judge court.

     /s/ Gary C. Hancock
GARY C. HANCOCK
D.C. Bar No. 369265
Gilmer, Sadler, Ingram,
  Sutherland & Hutton
P. O. Box 878
Pulaski, Virginia  24301
Tel:  (540) 980-1360, Ext. 15
Fax:  (540) 980-5264
e-mail: ghancock@gsish.com


THOMAS J. McCARTHY, JR.
Attorney, Pulaski County
P. O. Box 878
Pulaski, Virginia  24301
Tel:  (540) 980-1360, Ext. 15
Fax:  (540) 980-5264
e-mail:  plindamood@gsish.com


**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2005, I electronically filed the foregoing Consent Judgment and Decree with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for defendants:  Karen L. Ditzler, Esq. Attorney, Voting Section, Civil Rights Division, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530.


/s/ Gary C. Hancock
GARY C. HANCOCK
D.C. Bar No. 369265
Gilmer, Sadler, Ingram,
  Sutherland & Hutton
P. O. Box 878
Pulaski, Virginia  24301
Tel:  (540) 980-1360, Ext. 15
Fax:  (540) 980-5264